FILED

2019 JAN -9 PM 2:48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA
*ex rel.,* CHRISTINE H. OHA,

    Plaintiffs,

vs.

Case No.: 2:15-cv-350-FtM-29CM

ADVANCED PAIN MANAGEMENT
AND SPINE SPECIALISTS OF CAPE
CORAL AND FORT MYERS, DR.
MICHAEL A. FREY, DR. JONATHAN
S. DAITCH, PARK CENTER FOR
PROCEDURES, LLC, INSYS
THERAPEUTICS, INC. (SUBSYS),
NEUROTHERM, INC., MEDTRONIC,
INC., JAZZ PHARMACEUTICALS, INC.,
ALLERGAN, INC., DEPOMED, INC.,
A&G SPINAL SOLUTIONS, INC.,
IPS OF FORT MYERS, LLC,

FILED IN CAMERA
AND UNDER SEAL

    Defendants.
_____/

## UNITED STATES OF AMERICA'S NOTICE OF PARTIAL INTERVENTION FOR THE PURPOSE OF SETTLEMENT AND DECLINATION AS TO THE REMAINING DEFENDANTS

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(4) and Middle District of Florida Local Rule 3.08(a), the United States notifies the Court of its decision to intervene in this action for the purpose of settlement against certain named defendants.

The United States intervenes against defendant Dr. Michael E. Frey, with respect to the Covered Conduct defined in the Settlement Agreement entered into between Dr. Frey, Relator Christine H. Oha, and the United States, dated May 11, 2018. In addition, the United States intervenes against defendant Dr. Jonathan S.

Daitch, with respect to the Covered Conduct defined in the Settlement Agreement entered into between Dr. Daitch, Relator Christine H. Oha, and the United States, dated December 14, 2018.

In addition, pursuant to the terms of the December 14, 2018 Settlement Agreement, upon Dr. Daitch's payment of the Settlement Amount, the United States and Relator will file a joint stipulation dismissing this action against Advanced Pain Management Specialists, P.A., d/b/a Advanced Pain Management & Spine Specialists ("Advanced Pain Management") and Park Center for Procedures, LLC ("Park Center").

With respect to the remaining defendants named in the complaint including Insys Therapeutics Inc., Neurotherm, Inc., Medtronic, Inc., Jazz Pharmaceuticals, Inc., Allergan Inc., Depomed, Inc., A&G Spinal Solutions, Inc., and IPS of Fort Myers, the United States notifies the Court of its decision to decline to intervene in this action.

Although the United States declines to intervene with respect to these defendants, we respectfully refer the Court to 31 U.S.C. § 3730(c)(3), which allows Relator to maintain the action in the name of the United States--subject, however, to the proscription of § 3730(b)(1) that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Therefore, the United States requests that, should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of the Relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Relator's Complaint, this Notice, and any Order issued as a result of this notice be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  *s/ Kyle S. Cohen*
KYLE S. COHEN
Assistant United States Attorney
Florida Bar No. 0829951
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone No. (239) 461-2200
Facsimile No. (239) 461-2219
Email: Kyle.Cohen@usdoj.gov

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2019, a true and correct copy of the foregoing motion was sent by United States mail to the following parties:

Katherine Earle Yanes
100 South Ashley Drive, Suite 1300
Tampa, FL. 33602
KYanes@kmf-law.com
Attorney for Relator

*s/ Kyle S. Cohen*
KYLE S. COHEN
Assistant United States Attorney