IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA ex rel.
CHRISTINE H. OHA,

    Plaintiff/Relator,

vs.                        Case No. 2:15-cv-350-FtM-29CM

ADVANCED PAIN MANAGEMENT AND SPINE
SPECIALISTS OF CAPE CORAL AND FORT
MYERS, ET AL.,

    Defendants.

_____

## ORDER

This matter comes before the Court on the United States' Notice of Partial Intervention for the Purpose of Settlement and Declination as to the Remaining Defendants. The United States requests that the Relator's Complaint, the United States' Notice of Partial Intervention for the Purpose of Settlement and Declination as to the Remaining Defendants, and this Order be unsealed. The United States further requests that the remainder of the file, and its contents, remain under seal. Upon review, the Court finds good cause to allow the partial lifting of the seal.

Accordingly, it is hereby

**ORDERED:**

1. The seal is partially lifted as to the Relator's Complaint, The United States' Notice of Partial Intervention for



the Purpose of Settlement and Declination as to the Remaining Defendants, and this Order.

2. Aside from this partial lifting of the seal, the remainder of the file, and its contents, shall remain under seal until further order of the Court.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of March, 2019.

                                          JOHN E. STEELE
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Relator Counsel of Record
AUSA