IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA
*ex rel.,* CHRISTINE H. OHA,

     **Plaintiffs,**

**vs.**                              **Case No.: 2:15-cv-350-FtM-29CM**

**ADVANCED PAIN MANAGEMENT
AND SPINE SPECIALISTS OF CAPE
CORAL AND FORT MYERS, DR.
MICHAEL A. FREY, DR. JONATHAN
S. DAITCH, PARK CENTER FOR
PROCEDURES, LLC, INSYS
THERAPEUTICS, INC. (SUBSYS),
NEUROTHERM, INC., MEDTRONIC,
INC., JAZZ PHARMACEUTICALS, INC.,
ALLERGAN, INC., DEPOMED, INC.,
A&G SPINAL SOLUTIONS, INC.,
IPS OF FORT MYERS, LLC,**

     **Defendants.**
_____/

## THE UNITED STATES OF AMERICA'S MOTION TO LIFT SEAL ON CERTAIN DOCUMENTS FILED SUBSEQUENT TO THE UNITED STATES' NOTICE OF INTERVENTION

     The United States of America, having already notified this Court of its

intervention decision on January 9, 2019, respectfully requests that the seal be lifted

with respect to certain documents filed subsequent to that January 9, 2019

intervention decision.  Counsel for Relator advises that she consents to the relief

sought herein.

## BACKGROUND

Relator, Christine Oha, filed this *qui tam* action pursuant to the FCA, as amended, 31 U.S.C. §§ 3729-3733, on June 12, 2015.  Complaint at Dkt. No. 1. Relator's complaint named a number of defendants including: Advanced Pain Management Specialists of Cape Coral and Fort Myers ("Advanced Pain Management"), Dr. Michael A. Frey, Dr. Jonathan Daitch, Park Center for Procedures, LLC ("Park Center"), Insys Therapeutics Inc., Neurotherm, Inc., Medtronic, Inc., Jazz Pharmaceuticals, Inc., Allergan Inc., Depomed, Inc., A&G Spinal Solutions, Inc., and IPS of Fort Myers.

Pursuant to section 3730(b) of the FCA and this Court's orders extending the seal deadline, Relator's complaint remained under seal while the United States investigated the allegations in order to determine whether it would intervene and for which defendants.  According to this Court's January 9, 2019 Order, the extension period ended on January 21, 2019.

On May 11, 2018, Defendant Dr. Frey entered into a Settlement Agreement with the United States and Relator with respect to certain covered conduct defined in the agreement.

On December 14, 2018, Dr. Daitch, Advanced Pain and Park Center entered into a Settlement Agreement with the United States and Relator with respect to certain covered conduct defined in the agreement.

Following those settlements, on January 9, 2019, the United States filed with the Court its "Notice of Partial Intervention for the Purposes of Settlement and Declination as to the Remaining Defendants."   Dkt. No. 2 ("Notice of

Intervention").  As part of that notice, the United States notified the Court that it was

intervening against Dr. Frey, Advanced Pain Management, Park Center and Dr.

Daitch for the purposes of settlement and would be subsequently dismissing the

action pursuant to the terms of the settlement agreement.  In addition, the United

States notified the Court of its decision to decline to intervene in the action with

respect to the remaining defendants named in the complaint including Insys

Therapeutics Inc., Neurotherm, Inc., Medtronic, Inc., Jazz Pharmaceuticals, Inc.,

Allergan Inc., Depomed, Inc., A&G Spinal Solutions, Inc., and IPS of Fort Myers.

     As part of that Notice of Intervention, the United States requested that

"Relator's Complaint, this Notice, and any Order issued as a result of this notice be

unsealed" and that all other papers currently on file with the Court remain under

seal.  On March 13, 2019, the Court granted that motion and lifted the seal.  <u>See</u>

Dkt. No. 3.

     However, following the United States' Notice of Intervention, but before the

Court's March 13, 2019 Order, certain documents were filed with the Court that

otherwise would have been filed on the public docket.  These include: (1) the United

States of America's Notice of Settlement With Certain Defendants filed on January

9, 2019, and (2) a stipulation of voluntary dismissal of defendants Dr. Frey, Dr.

Daitch, Advanced Pain Management, and Park Center filed on January 10, 2019.

The United States now seeks an order form the Court lifting the seal on these specific

documents filed subsequent to the United States' Notice of Intervention.

     The United States' request to lift the seal in this case for the documents filed

subsequent to the United States' Notice of Intervention, accords with the purpose of

the seal provision: to advance investigations of fraud by the United States.  Under

section 3730(b) of the FCA, *qui tam* complaints are filed under seal so that the United

States has "an adequate opportunity to fully evaluate the private enforcement suit

and determine both if the suit involves matters the Government is already

investigating and whether it is in the Government's interest to intervene and take

over the civil action."  <u>See</u> Legislative history of the FCA, S. Rep. 99-345, 99th

Cong., 2d Sess., *reprinted in* 1986 U.S. Code Cong. & Admin. News 5266, 5289.

Accordingly, once the United States made its intervention decision on

January 9, 2019, there is no purpose in having any subsequently filed documents

remain under seal.  Pursuant to Rule 3.01(g), the United States consulted with

counsel for Relator and she indicated that Relator consents to the relief requested

herein.

## **CONCLUSION**

For the foregoing reasons, the United States respectfully requests that the seal on this *qui tam* action be partially lifted with respect to (1) the United States of America's Notice of Settlement With Certain Defendants filed on January 9, 2019, and (2) a stipulation of voluntary dismissal of defendants Dr. Frey, Dr. Daitch, Advanced Pain Management, and Park Center filed on January 10, 2019.

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney


By:    *s/ Kyle S. Cohen*
       KYLE S. COHEN
       Assistant United States Attorney
       Florida Bar No. 0829951
       2110 First Street, Suite 3-137
       Fort Myers, Florida 33901
       Telephone No. (239) 461-2200
       Facsimile No. (239) 461-2219
       Email: Kyle.Cohen@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 30, 2019, a true and correct copy of the

foregoing motion was sent by United States mail to the following parties:

Katherine Earle Yanes
100 South Ashley Drive, Suite 1300
Tampa, FL. 33602
KYanes@kmf-law.com
Attorney for Relator

*s/ Kyle S. Cohen*
KYLE S. COHEN
Assistant United States Attorney
